UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Sayquan Mclaurin,
       Plaintiff,

      v.                          CASE NO.:  1:23-cv-1604

Equifax information Services, LLC,
Experian Information Solutions, Inc.,
Ability Recovery Services,       Defendant.
_____/

## NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC

      Notice is hereby given that the Plaintiff and the Defendant, Equifax Information Services, LLC, have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of these parties during said sixty (60) day period.

DATED, this 23rd day of January, 2024

                                                 */s/Aryeh E. Stein*
                                                 Aryeh E. Stein, # 45895
                                                 **Meridian Law, LLC**
                                                 1212 Reisterstown Road
                                                 Baltimore, MD 21208
                                                 Phone: 443-326-6011
                                                 astein@meridianlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on January 23, 2024 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Aryeh E. Stein
Aryeh E. Stein