UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SAYQUAN MCLAURIN,

    Plaintiff,

v.                                        Civil Action No. 1:23-cv-01604-LMB-IDD

EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES, LLC and
ABILITY RECOVERY SERVICES

    Defendants.

## ORDER

This matter comes before the Court on Defendant Experian Information Solutions, Inc.'s ("Experian") Consent Motion for an Extension of Time to file responsive pleadings to the Complaint filed by Plaintiff, Sayquan McLaurin ("Plaintiff").

UPON CONSIDERATION OF THE MOTION, for good cause shown and by agreement of counsel for Plaintiff and Experian, it is hereby,

ORDERED, ADJUDGED and DECREED that Experian's Consent Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Defendant, Experian Information Solutions, Inc., shall be GRANTED an extension of time until on or before February 26, 2024, to file its answer, pleadings, or other response to the Complaint.

The Clerk is directed to send a copy of this Order to counsel of record.

Dated: 1/29/24

/s/

Leonie M. Brinkema
United States District Judge