IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SAYQUAN MCLAURIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXPERIAN INFORMATION SOLUTIONS, ) <br> INC., et al., ) <br> ) <br> Defendants. ) | 1:23cv1604 (LMB/IDD) |

ORDER

On January 23, 2024, plaintiff, by counsel, filed a Notice of Settlement as to Equifax Information Services, LLC, ("Equifax") informing the Court that plaintiff and defendant Equifax had reached a settlement in principle. [Dkt. No. 7]. The Notice stated that plaintiff would file a voluntary dismissal of this civil action within sixty (60) days. As of March 31, 2024, plaintiff has not filed a voluntary dismissal. Accordingly, it is hereby

ORDERED that within seven (7) days of the date of this Order, plaintiff file either a notice of voluntary dismissal or a notice regarding the status of settlement efforts between plaintiff and Equifax.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 1st day of April, 2024.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge