UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

------------------------------------------------------------------------x

Sayquan Mclaurin, Plaintiff                                    Civil Action No:
                                                                                                                 1:23-cv-1604

      -v.-

Equifax information Services, LLC,
Experian Information Solutions, Inc.,
Ability Recovery Services, Defendants.


------------------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL WITH
<u>PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY</u>**

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Equifax Information Services, LLC shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: April 9, 2024                                                    Respectfully Submitted,

                                                                                          <u>/s/ Aryeh E. Stein</u>
                                                                                          Aryeh E. Stein, VA Bar No. 45895
                                                                                          Meridian Law, LLC
                                                                                          1212 Reisterstown Road
                                                                                          Baltimore, MD 21208
                                                                                          astein@meridianlawfirm.com
                                                                                          Tel. 443-326-6011
                                                                                          Fax. 410-653-9061
                                                                                          *Attorneys for Plaintiff*

## **Certificate of Service**

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.  I also emailed this Notice to all parties who have not made an appearance in this case.

This 9th day of April, 2024                    Respectfully Submitted,

                                                                */s/ Aryeh E. Stein*
                                                                Aryeh E. Stein