UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

-------------------------------------------------------------------x

Sayquan Mclaurin, Plaintiff

-v.-

Equifax information Services, LLC,
Experian Information Solutions, Inc.,
Ability Recovery Services, Defendants.

-------------------------------------------------------------------x

Civil Action No:
1:23-cv-1604

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Equifax Information Services, LLC shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: April 9, 2024

Respectfully Submitted,

/s/ Aryeh E. Stein
Aryeh E. Stein, VA Bar No. 45895
Meridian Law, LLC
1212 Reisterstown Road
Baltimore, MD 21208
astein@meridianlawfirm.com
Tel. 443-326-6011
Fax. 410-653-9061
*Attorneys for Plaintiff*

So Ordered

/s/
Leonie M. Brinkema   4/9/24
United States District Judge