UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

------------------------------------------------------------------------x

Sayquan Mclaurin,

                             Plaintiff,

   -v.-

Equifax information Services, LLC,                           Civil Action No: 1:23-cv-1604
Experian Information Solutions, Inc.,
Ability Recovery Services,

                             Defendants.

------------------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO ABILITY RECOVERY SERVICES**

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Ability Recovery Services, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: June 20, 2024                                             Respectfully Submitted,

                                                         */s/ Aryeh E. Stein*
                                                         Aryeh E. Stein, VA Bar No. 45895
                                                         **Meridian Law, LLC**
                                                         1212 Reisterstown Road
                                                         Baltimore, MD 21208
                                                         astein@meridianlawfirm.com
                                                         Tel. 443-326-6011
                                                         Fax. 410-653-9061
                                                         *Attorneys for Plaintiff*

## **Certificate of Service**

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.  I also emailed this Notice to all parties who have not made an appearance in this case.

This 20th day of June, 2024                      Respectfully Submitted,

                                                               */s/ Aryeh E. Stein*
                                                                Aryeh E. Stein