UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

------------------------------------------------------------------------x
Sayquan Mclaurin,

                           Plaintiff,

    -v.-

Equifax information Services, LLC,
Experian Information Solutions, Inc.,
Ability Recovery Services,

                           Defendants.
------------------------------------------------------------------------x

Civil Action No:
1:23-cv-1604

**JOINT STIPULATION OF DISMISSAL AS TO
<u>EXPERIAN INFORMATION SOLUTIONS, INC.</u>**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and the Defendant, Experian Information Solutions, Inc., in the above captioned action, that any and all claims in this action are dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** <u>August 12, 2024</u>

| For Plaintiff Sayquan Mclaurin | For Defendant Experian Information Solutions, Inc |
|---|---|
| <u>/s/ Aryeh E. Stein</u><br>Aryeh E. Stein, # 45895<br>Meridian Law LLC<br>1212 Reisterstown Road<br>Baltimore, MD21208<br>1-443-326-6011<br>astein@meridianlawfirm.com | <u>/s/ Mary C. Zinsner</u><br>Mary C. Zinsner<br>Troutman Pepper Hamilton Sanders LLP<br>401 9th Street NW Suite 1000<br>Washington, DC 20004<br>1-202-274-1932<br>Mary.zinsner@troutman.com |
|  |  |

1

**CERTIFICATE OF SERVICE**

I certify that on August 12, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Aryeh E. Stein*
                                                Aryeh E. Stein